**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MYRNA ZIDEK,<br>successor to DR. DENNIS ZIDEK,<br>and DR. WILLIAM P. GRESS,<br>on behalf of plaintiffs and<br>the class members defined herein, | ) | |
| Plaintiffs, | ) | 13 C 7742 |
| v. | ) | Judge Leinenweber |
| ANALGESIC HEALTHCARE, INC.,<br>and JOHN DOES 1-10, | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF FINAL ACCOUNTING**

Plaintiffs Myrna Zidek, successor to Dr. Dennis Zidek, and Dr. William P. Gress (collectively, "Plaintiffs") respectfully submit this memorandum in support of final accounting of the class action settlement with defendants Analgesic Healthcare, Inc. and John Does 1-10 (collectively, "Defendants").

On July 28, 2015, the Court entered an order granting final approval to the parties' class action settlement agreement. *(Dkt. No. 97)*

Catherine Latturner attests to the fact that Edelman, Combs, Latturner & Goodwin, LLC received $20,000.00 from the Settlement Fund representing notice and administrative expenses, which was deposited into the firm's Client Trust Account. (*Dkt. No. 101*) Subsequently, Ms. Latturner testifies that the balance of the Settlement Fund in the amount of $530,000.00 was sent to Edelman, Combs, Latturner & Goodwin, LLC and deposited into the firm's Client Trust Account. The following payments were made from the Settlement Fund: payment in the amount

of $12,414.90 issued to Class-Settlement.com for notice and administrative expenses; payment in the amount of $8,000.00 issued to Myrna Zidek as the class representative's incentive award; payment in the amount of $8,000.00 issued to Dr. William P. Gress as the class representative's incentive award; payment in the amount of $179,195.03 in attorney's fees; and payment in the amount of $342,390.07 issued to *Zidek v. Analgesic Healthcare Class Settlement Fund*. (*Dkt. Nos. 100-101*) Andrew Barnett attests that the *Zidek v. Analgesic Healthcare Class Settlement Fund* was received by Class-Settlement.com on September 17, 2015, in the amount of $342,390.07 pursuant to the parties' agreement and the Court's Orders. (*Dkt. No. 102*)

Class-Settlement.com mailed letters to 142 Settlement Class Members, whose recovery would exceed $599.99, requesting completion of a W-9 form. Supplemental correspondence enclosing a W-9 form was sent to those Settlement Class Members who did not respond to the initial request for completion of a W-9 form. (*Dkt. No. 102*) Plaintiff's counsel also attempted to contact these Settlement Class Members who did not respond to the initial request to complete a W-9 form. (*Dkt. No. 100*) In sum, there were 3 Settlement Class Members who did not timely return a completed W-9 form. (*Dkt. No. 102*)

Each Settlement Class Member who submitted a valid claim was paid for each fax transmission corresponding to the fax number on the Fax List. Each fax transmission or settlement share was worth $196.09. (*Dkt. No. 102*) Settlement Class Members were paid various amounts based on the number of settlement shares or fax transmissions they received. Per the parties' agreement and the Court's orders, the 3 Settlement Class Members who did not timely return a completed W-9 form were issued settlement checks in the amount of $599.99. No Settlement Class Members were paid for more than 20 fax transmissions. Settlement checks

were mailed to 309 Settlement Class Members representing 1,746 fax transmissions. (*Dkt. No. 102*)

There were 304 Settlement Class Members who cashed their settlement checks. Thus, the total distribution to the Class is $336,329.51. (*Dkt. No. 102*)

Following expiration of the void date on the settlement checks, $6,060.56 remained in the *Zidek v. Analgesic Healthcare Class Settlement Fund* as a result of uncashed checks ($3,137.44), unclaimed funds ($2,906.19), and undistributed funds ($16.93). (*Dkt. No. 102*) On December 30, 2015, defendant Analgesic Healthcare, Inc. submitted an Amended Memorandum Concerning Distribution of Undistributed Funds, directing that the undistributed, uncashed, or unclaimed class settlement funds be distributed to Metropolitan Ministries, Inc. as a *cy pres* award. (*Dkt. No. 99*) On January 6, 2016, a check in the amount of $6,060.56 was sent to the *cy pres* recipient, Metropolitan Ministries, Inc. (*Dkt. No. 102*)

Plaintiffs submit that to date the *Zidek v. Analgesic Healthcare Class Settlement Fund* was distributed in accordance with the parties' agreement and the Court's orders.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603

(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on January 20, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will cause notification of such filing upon the following:

Julia R. Lissner (julia.lissner@akerman.com)
Stacey L. Callaghan (Stacey.callaghan@akerman.com)
AKERMAN LLP
71 S. Wacker Drive, 46th Floor
Chicago, IL 60606

Mark J. Bernet (mark.bernet@akerman.com)
AKERMAN LLP
401 E. Jackson Street, Suite 1700
Tampa, FL 33602

In addition, I certify that on January 20, 2016, I caused a true and accurate copy of the foregoing document to be served, via email and US Mail, on the following parties:

Max G. Margulis (maxmargulis@margulislaw.com)
MARGULIS LAW GROUP
28 Old Belle Monte Rd.
Chesterfield, MO 63017

Chad D. Silker (cds@carmodymacdonald.com)
Tina N. Babel (tnb@carmodymacdonald.com)
CARMODY MACDONALD P.C.
120 South Central, Suite 1800
St. Louis, MO 63105

Brian J. Wanca (bwanca@andersonwanca.com)
ANDERSON + WANCA
3710 Algonquin Rd. Suite 760
Rolling Meadows, IL 60008

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500

Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)